UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>Raul Aviles-ROCHA | Magistrate's Case No. 08MJ1030<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. 952 and 960<br><br>Importation of a Controlled Substance |

The undersigned complainant, being duly sworn, states:

## COUNT ONE

That on or about April 2, 2008, within the Southern District of California, defendant Raul Aviles-ROCHA, did knowingly and intentionally import approximately 148.40 kilograms of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of probable cause, which is incorporated herein by reference.

Signature of Complainant
Manuel J. Martinez, Special Agent
Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, this 3rd day of April 2008.

United States Magistrate Judge

United States of America

vs.

Raul Aviles-ROCHA

## STATEMENT OF PROBABLE CAUSE

I, Special Agent Manuel J. Martinez, declare under penalty of perjury the following is true and correct:

On April 2, 2008, at approximately 0730 hours, Raul Aviles-ROCHA entered the United States from the Republic of Mexico at the Otay Mesa Commercial Port of Entry, San Diego, California. Aviles-ROCHA was the driver, and sole occupant of a red International Tractor bearing California license plate 9A39364. Customs and Border Protection Officer (CBPO) Jensen along with Canine Enforcement Officer (CEO) Roberto Pagan were conducting post primary blocks an enforcement operation when CEO Pagan's Narcotic/Human Detector Dog (NHDD) Niko CF-82 alerted to the gas tanks of the red Tractor. ROCHA was removed from the Tractor and escorted to the security office by CBPO Lack. During the x-ray inspection, a large dense mass was detected in the gas tanks of the Tractor. A field sample was extracted from one of the packages found in the gas tank which field tested positive for the presence of Marijuana. A total of 10 packages were removed from the gas tanks containing approximately 148.40 kilograms of marijuana. Aviles –ROCHA stated post Miranda that he was paid $1000 USD for each smuggling venture. Aviles-ROCHA stated that he had knowledge of the marijuana concealed within the gas tanks of the Tractor. Aviles-ROCHA stated that he was going to drop the Tractor off next to the AM/PM on Heritage Road in San Diego, California.

Aviles-ROCHA was arrested and charged with violation of Title 21 USC 952,960, Unlawful Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, California.

Executed on this 3rd day of April 2008 at _____.

Manuel J. Martinez, Special Agent
Immigration and Customs Enforcement

United States Magistrate Judge

4/3/08   4:40pm
Date and Time