1 | **ERICA K. ZUNKEL**
California State Bar No. 229285
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: erica_zunkel@fd.org

5 | Attorneys for Raul Aviles-Rocha

6

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE ANTHONY J. BATTAGLIA)**

11 | UNITED STATES OF AMERICA,            )    Case No. 08MJ1030
                                        )
12 |                Plaintiff,            )
                                        )
13 | v.                                  )    **CERTIFICATE OF SERVICE**
                                        )
14 | RAUL AVILES-ROCHA,                   )
                                        )
15 |                Defendant.            )
     _____)
16

17 |         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 | information and belief, and that a copy of the foregoing document has been served this day upon:

19 |                              U.S. Attorney CR
                             Efile.dkt.gc2@usdoj.gov
20

21 |                                        Respectfully submitted,

22

23 | DATED:        April 7, 2008                  /s/ Erica K. Zunkel
                                              **ERICA K. ZUNKEL**
24 |                                            Federal Defenders of San Diego, Inc.
                                              Attorneys for Raul Aviles-Rocha
25

26

27

28